IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK D. LARSON,

    Plaintiff,

  v.

SCOTT WALKER, RICHARD G. CHANDLER and JON E. LITSCHER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-284-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1)    Denying plaintiff Mark D. Larson leave to proceed and dismissing his claims against Scott Walker;

(2)    Granting defendant Richard G. Chandler's motion to dismiss; and

(3)    Granting defendant Jon E. Lischer's motion for summary judgment and dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

8/18/2016
Date